IN THE
District Court
of the
United States

RECEIVED
OCT 0 4 2023
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

William E Vukich          SCANNED 23- 1728
       vs                                    #4
New Brighton                           1546
Police Department                 No IFP /Fee
                                   Related 2:22-cv-430

Complaint

On this day of September, 25, 2023. I William E Vukich stop at the N.B. Police department to check on the status of My fiaunces stolen German sheppard Dog "ROXIE".

ROXIE was taken from 433 9th Ave New Brighton on or around September 4th. I failed a Report on the 12th of September and also asked the owner where our dog was. He Responded by saying" IN Sharon, Pa. At one of Lenny's friends, and gave me the phone Number. Which the NBPD has from the text messages Walt sent to Me.

Now on September 25, 2023 the NBPD tell me that this is not a police matter. I call and ask to speak to the Cheif. Same officer calls me back and

tells me the same thing and that the cheif is going to tell me the same thing.

    A. Dereliction of duty
    B. Racism
    B. Color of skin

If not the police department then who? I'd be wrong if I handled this myself.

This is the truth and this statement is also true.

Something needs to be done!
Legal

Sept. 25, 23
Sincerely

William K. Vykich
William K. Vykich